# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RICKY LEE GRUNDY, | ) | |
| Plaintiff, | ) ) ) | 2:07-cv-00694-RLH-LRL |
| v. | ) ) | **MINUTE ORDER** |
| HOWARD SKOLNICK, et al., | ) ) | |
| Defendants. | ) ) | Dated: November 4, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino     RECORDER:     None

COUNSEL FOR PLAINTIFF(S):     None Appearing

COUNSEL FOR DEFENDANT(S):     None Appearing

    IT IS ORDERED that defendants' Emergency Motion to Clarify Order Granting Defendants' Motion for Enlargement of Time (#105) is granted as follows: the deadlines for the filing a dispositive motion and a Joint Pretrial Order are extended to December 2, 2010 and January 3, 2011, respectively.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**