UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKY LEE GRUNDY, | |
| Plaintiff(s), | Case No. 2:07-cv- 0694-RLH-LRL |
| vs. | **O R D E R**<br>(Motion to Stay–#113) |
| HOWARD SKOLNIK, *et al.*, | |
| Defendant(s). | |

Before the Court is Defendants' Motion for Stay of Proceedings (#113, filed December 14, 2010), seeking to stay the case until the Court rules on their Motion for Summary Judgment. A stay of the case is not warranted. However, what appears to be the purpose of the motion is to delay the required filing of the Joint Pretrial Order until after the decision on the motion for summary judgment. This request is reasonable.

IT IS THEREFORE ORDERED that the Defendants' Motion for Stay of Proceedings (#113) is denied, but the deadline for filing the Joint Pretrial Order is extended until 30 days after the entry of the order disposing of Defendants' Motion for Summary Judgment.

Dated: December 15, 2010.

_____
Roger L. Hunt
Chief United States District Judge