# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKY LEE GRUNDY, | Case No.: 2:07-cv-00694-RLH-LRL |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Vacate–#130; |
| HOWARD SKOLNICK, et al., | Motion for Hearing–#131) |
| Defendants. | |

Before the Court is Plaintiff Ricky Lee Grundy's **Motion to Vacate** (#130, filed April 28, 2011). Also before the Court is Grundy's **Motion for Hearing** (#131, filed April 28, 2011). The Court need not wait for Defendants to respond to either motion.

Grundy asks the Court to vacate its Order (#128, March, 31, 2011), and to order a hearing on Defendants Motion for Summary Judgment (#108, Dec. 2, 2010). Nonetheless, days after filing this motion, Grundy appealed the same order that he asks this Court to vacate. This appeal divests this Court of jurisdiction over these motions. The Ninth Circuit Court of Appeals will now determine the propriety of the Court's order and the Court dismisses both of Grundy's motions as moot.

/

/

1

**CONCLUSION**

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate (#130) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff's Motion for Hearing (#131) is DENIED as moot.

Dated: May 3, 2011.

_____
ROGER L. HUNT
**Chief United States District Judge**